UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANCLAUDE ROCHON,<br><br>　　　　　　　　　　Defendant. | CASE NO. PO15-456, PO15-457, PO16-7, PO16-34, PO16-78<br><br>DETENTION ORDER |

Offense charged:   Unauthorized solicitation of alms and contributions (3 separate cases); Harassment; Possession of a legend drug without prescription; Possession of drug paraphernalia

Date of Detention Hearing:   March 10, 2016.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　Defendant has a lengthy history of convictions in various jurisdictions, including this District, for offenses involving assault, drug offenses, forgery, criminal trespass, theft, and

DETENTION ORDER
PAGE - 1

harassment. The convictions include felony, misdemeanor, and petty offenses. In particular, he has a history of repeated failures to appear, including offenses before this Court. He appears now before this Court pursuant to bench warrants issued for multiple failures to appear in the above-referenced cases.

2. Defendant indicates that he is homeless. While Pretrial Services was not able to prepare a full report without interviewing the defendant, the nature of his criminal record infers mental health and substance abuse issues. At least one of the pending charges involves the alleged use of threats of serious violence toward personnel at the VA offices.

3. Defendant poses a risk of nonappearance due to a history of failures to appear and lack of stable residence, as well as possible mental health and substance abuse issues. Defendant poses a risk of danger due to criminal record and alleged threats of violence.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>10th</u> day of March, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3